IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TILLMAN NORTH, #252941, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:10cv537-TMH |
| | ) |
| LEON BOLLING, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER AND OPINION**

On July 15, 2010, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 3). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED and that this case is DISMISSED without prejudice for the plaintiff's failure to pay the full filing fee upon the initiation of this case.

Done this the 20th day of September, 2010.

/s/ Truman M. Hobbs
_____
SENIOR UNITED STATES DISTRICT JUDGE